# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. NO. 4:12CR00134-001 SWW

MELVIN MARTINEZ DEFENDANT

**ORDER**

Before the Court is the government's petition [doc #5] requesting that summons be issued and a revocation hearing be held as to the above-named defendant.

A hearing is scheduled on ***FRIDAY, MARCH 14, 2014 AT 10:00 A.M.***, Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for ***MELVIN MARTINEZ***, and the United States Marshal is directed to serve the summons in this matter upon defendant.

The Court appoints ***Lisa Peters, Assistant Federal Public Defender,*** as counsel for this defendant. The United States Probation Office is directed to obtain a completed financial affidavit from defendant and provide a copy to the Court to determine if defendant is financially unable to employ counsel.

DATED this 10th day of February 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE